IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE (NATIONAL) CENTER FOR         :
  MINORITY BUSINESS RESEARCH
  AND DEVELOPMENT INC., a/k/a    :
  CMBRD INC.
DUNCAN VICTOR AYEMERE IDOKOGI:
  National President and CEO CMBRD
  Inc.                            :

        v.                   :    CIVIL ACTION NO. H-00-259

ENTERPRISE RENT-A-CAR COMPANY  :
ANDREW C. TAYLOR, President/CEO
MICHAEL ZELLER, MANAGER         :
SALES AGENT PUNNAM
In Their Individual and Official
  Capacities                    :

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THE (NATIONAL) CENTER FOR         :
  MINORITY BUSINESS RESEARCH
  AND DEVELOPMENT INC., a/k/a    :
  CMBRD INC.
DUNCAN VICTOR AYEMERE IDOKOGI:
  National President and CEO CMBRD
  Inc.                            :
Individually and Class Representative
                                   :
        v.                   :    CIVIL ACTION NO. H-00-347 ✓
                                   :

HYATT REGENCY
THOMAS J. PRITZKER, Chairman
DOUGLAS G. GEOGA, Partner
SCOTT D. MILLER, President
ANDRE STREET, Hyatt Security

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

For reasons apparent herein, the above-captioned civil rights actions will be consolidated for the sole purpose of preliminary judicial review.

On January 27, 2000 Duncan Victor Ayemere Idokogi, on behalf of himself as President and CEO of a corporation, presented a complaint, civil filing fee and related documents to the Clerk of Court. In that lawsuit, ***The National Center for Minority Business Research and Development, Inc., et al. v. Enterprise Rent-A-Car Company, et al.***, instituted as Civil Action No. H-00-259, Mr. Idokogi indicated that Attorney James V. Cunningham was counsel for himself and his corporation.

One week later, Mr. Idokogi--again on behalf of his corporation and himself as President and CEO--presented a second complaint and civil filing fee to the Clerk of Court. In that lawsuit, ***The National Center for Minority Business Research and Development, Inc., et al. v. Hyatt Regency Hotels, et al.***, instituted as Civil Action No. H-00-347, Mr. Idokogi again indicated that Attorney James V. Cunningham was counsel for himself and his corporation.

After the lawsuits were instituted, courthouse staff noticed that Mr. Idokogi, rather than his attorney, had signed each complaint. The telephone number for Attorney Cunningham, listed by Mr. Idokogi on the first complaint, was not in service and did not match the listing in the Maryland Attorney's Manual. When contacted, Attorney Cunningham emphatically indicated that he did not represent Mr. Idokogi in these matters; that he had not drafted the complaints, and that he accordingly would return to the Court any paperwork received in connection with these lawsuits.[1]

---

[1] The Court also notes that Mr. Cunningham's business listing in the Attorneys' Manual is for Crofton, Maryland, and not Baltimore City.

Pursuant to the Local Rules of the United States District Court for the District of Maryland, only *individuals* may represent themselves. (*See* LR 101.1.a). Because Mr. Idokogi is suing on behalf of his corporation and in his capacity as a corporation officer, he may not proceed in this Court *pro se*.

Mr. Idokogi has failed to provide his address and telephone number to the Clerk. This omission, combined with his obvious misrepresentation concerning the appearance of counsel in these cases, leads this Court to conclude that these actions may have been instituted for an improper purpose, and may constitute an abuse of process. Because the Court does not know of Mr. Idokogi's actual whereabouts,[2] amendment or correction of the complaints and issuance of a show cause order requiring Mr. Idokogi to explain his actions to the Court cannot be ordered.

For that reason, a separate Order shall be entered dismissing both actions without prejudice and closing each case.

Feb 11, 2000
(Date)

Alexander Harvey II
Senior United States District Judge

---

[2]    There is no business listing in the area directory for The National Center for Minority Business Research and Development, Inc.